UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD E. WYATT,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | Case No. 19-cv-01224-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

Pro se Plaintiff Gerard E. Wyatt filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 3.] On May 24, 2019, the court granted the IFP application and screened the complaint pursuant to 28 U.S.C. § 1915(e), and ordered Plaintiff to file an amended complaint addressing the deficiencies identified in the order by June 14, 2019. [Docket No. 9.] The court warned Plaintiff that failure to file a timely amended complaint could result in dismissal of the action. *See id*. Plaintiff did not file an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 19, 2019



Donna M. Ryu
United States Magistrate Judge